UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

IN RE:                                        )
                                              )
Bryan J. Miller                               )     CASE No. 08-40132
                                              )
        Debtor                                )

NOTICE OF DEPOSIT OF FUNDS INTO REGISTRY ACCOUNT

TO:    HSBC Card Services, P. O. Box 80084, Salinas, CA 93912-0084

David A. Rosenthal, Chapter 13 Trustee, has deposited the sum of $3052.38 into the Registry Account with the U.S. Bankruptcy Court. The Trustee issued Check No. 101667 on August 10, 2010 in the amount of $207.10 to the creditor listed above. The creditor returned the check and stated they were "unable to identify the account". All future disbursements were placed on "reserve" and funds turned over to the Registry Account.

    To reclaim such funds you will need to comply with Rule B311 of the Local Rules of the United States Bankruptcy Court and file such motion with the Clerk, United States Bankruptcy Court, P.O. Box 558, 230 N. 4th Street, Lafayette, IN 47902.

    Dated this 18th day of April, 2011.


                                /s/ David A. Rosenthal
                                David A. Rosenthal
                                Chapter 13 Trustee
                                P.O. Box 505
                                Lafayette, IN 47902
                                (765) 742-8248

CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and exact copy of the above and foregoing Notice has been sent electronically by the Court's electronic filing service or by first class United States mail, postage prepaid, on this 18th day of April, 2011 to:

HSBC Card Services, P. O. Box 80084, Salinas, CA 93912-0084
United States Trustee, 555 One Michiana Sq., 100 E. Wayne, South Bend, IN 46601
James Hodson, P. O. Box 435, Lafayette, IN 47902

                /s/ David A. Rosenthal
                David A. Rosenthal
                Chapter 13 Trustee
                P.O. Box 505
                Lafayette, IN 47902
                (765) 742-8248